

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-15-00219-CR

GEORGE YARBOROUGH                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

FROM THE 158TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. F-99-0678-B

----------

## MEMORANDUM OPINION[1]

----------

In October 1999, Appellant George Yarborough was convicted of burglary of a habitation and sentenced to twenty-five years' confinement. In May and June 2015, Yarborough, acting pro se, filed paperwork containing a motion to revoke his signature on various legal documents and a notice of appeal. On July 8, 2015, we notified Yarborough of our concern that we lack jurisdiction over

---

[1]*See* Tex. R. App. P. 47.4.

this appeal because (1) the trial court had not signed an order ruling on his request to revoke his signatures and (2) a notice of appeal regarding his original conviction was untimely. *See* Tex. R. App. P. 26.2(a), 27.1(b). We stated that the appeal would be dismissed for want of jurisdiction unless Yarborough or any other party provided this court with a signed copy of a trial court order on his motion to revoke signatures or otherwise provided documentation that the appeal from his original conviction is timely. We have not received a response. Therefore, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, GABRIEL, and SUDDERTH, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: August 20, 2015

2